# United States District Court

### Northern District of Ohio, Eastern Division

UNITED STATES OF AMERICA
V.
Jonathan BARNES

**WARRANT FOR ARREST**

CASE NUMBER: 1:08 MJ 00055

To: The United States Marshal
and any authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Jonathan BARNES
                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Knowingly and intentionally importing a controlled substance, to wit: more than 100 grams of heroin, into the United States.

In violation of Title  21    United States Code, Section(s)  960

David S. Perelman
Name of Issuing Officer

[signature]
Signature of issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

September 15, 2008, Cleveland, Ohio
Date and Location

Bail fixed at $ _____  by _____
                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ Cleveland, Ohio |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/15/08 | Vincent Fazio | Vincent Fazio |
| DATE OF ARREST | Special Agent, ICE | |
| 9/15/08 | | |

AO 442 (Rev. 5/85) Warrant for Arrest